JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OCEAN INTERNATIONAL INC., | Case No. CV 22-2629 FMO (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONAL DRAYAGE SERVICES, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 18th day of March, 2023.

/s/<br>
Fernando M. Olguin<br>
United States District Judge